# **O S B O R N   L A W, p.c.**

**43 West 43rd Street, Suite131**
**New York, New York 10036**

DANIEL A. OSBORN                                                                                                        TELEPHONE
LINDSAY M. TRUST                                                                                                        212 - 725 - 9800

                                                                                                                        FACSIMILE
                                                                                                                        212 - 500 - 5115

December 30, 2019

**VIA ECF**

> APPLICATION GRANTED
> SO ORDERED /s/
> VERNON S. BRODERICK PART I
> U.S.D.J. 12/30/2019

Honorable John G. Koeltl
United States District Judge
U.S. District Court
500 Pearl Street
New York, New York 10007-1312

      Re:    *Thomas v. Commissioner of Social Security,*
               Civil Action No. 19-CV-06990-JGK

Dear Judge Koeltl,

      We write on behalf of plaintiff, Wade Thomas, with the consent of the defendant, to respectfully request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is currently due on **December 30, 2019**. Plaintiff respectfully requests an extension of time up to and including, **February 28, 2020**. This is plaintiff's first request for an extension of time.

      Subject to the approval of the Court, the parties have agreed to the following amended briefing schedule:

      a. Plaintiff to file his motion for judgment on the pleadings on or before **February 28, 2020**;
      b. Defendant to serve its response/cross-motion on or before **April 28, 2020**; and
      c. Plaintiff to serve his reply, if any, on or before **May 19, 2020**.

     Thank you for your consideration of this request.

Honorable John G. Koeltl
December 30, 2020
Page 2

                                                    Respectfully submitted,

                                                    s/Daniel A. Osborn
                                                    Daniel A. Osborn
                                                    OSBORN LAW, P.C.
                                                    43 West 43rd Street, Suite 131
                                                    New York, New York 10036
                                                    Telephone:     212-725-9800
                                                    Facsimile:     212-500-5115
                                                    dosborn@osbornlawpc.com