```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WADE THOMAS,

                 Plaintiff,                              19 **CIVIL** 6990 (MKV)

       -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2020, the Court, having reviewed the thorough and well-reasoned report of Magistrate Judge Lehrburger for clear error, finds none. The R&R is ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Defendant's is DENIED. This case is remanded to the ALJ for further proceedings consistent with the R&R; accordingly, the case is closed.

**Dated:**  New York, New York
          August 17, 2020

                                                   **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                **BY:**
                                                        **Deputy Clerk**