USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
WADE THOMAS,                                          :
                                                     :
                        Plaintiff,                    :        19-CV-6990 (MKV) (RWL)
                                                     :
        - against -                                   :        **ORDER**
                                                     :
                                                     :
ANDREW SAUL, COMMISSIONER                             :
OF SOCIAL SECURITY,                                   :
                                                     :
                        Defendant.                    :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        If Defendant intends to respond to Plaintiff's application for attorney's fees,

Defendant shall do so no later than April 23, 2021.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:          April 9, 2021
                New York, New York

Copies transmitted this date to all counsel of record.