USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WADE THOMAS,

                Plaintiff,

   - against -

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

19-CV-6990 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant has filed response to Plaintiff's motion for attorneys' fees. (Dkt. 37.)

Plaintiff shall file a reply concerning timeliness and reasonableness by May 3, 2021.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:     April 19, 2021
             New York, New York

Copies transmitted this date to all counsel of record.