UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WADE THOMAS,

                  Plaintiff,

- against -

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

                  Defendant.

-------------------------------------------------------------X

19-CV-6990 (MKV) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Having considered Plaintiff's motion for attorney's fees and the parties' briefs and arguments, the Court finds that Plaintiff's request is timely and reasonable. Accordingly, the Court awards $25,391.25. Plaintiff's counsel shall remit $7,374.80 to Plaintiff pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

                                                                     SO ORDERED.

                                                                   _____
                                                                   ROBERT W. LEHRBURGER
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated:      May 4, 2021
              New York, New York

Copies transmitted this date to all counsel of record.